# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 1363 | **DATE** | 6/22/2001 |
| **CASE TITLE** | King Vision Pay Per View, Ltd. Vs. Singleton Corp. etc. et al. | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff moves for default judgment. That motion is granted. We award statutory damages of $8,750 and attorneys' fees of $500.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | JUN 2 5 2001 date docketed | |
| | Notified counsel by telephone. | | | |
| ✓ | Docketing to mail notices. | | | 5 |
| ✓ | Mail A 450 form. | FILED FOR DOCKETING 01 JUN 22 PM 3:52 | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | date mailed notice | |
| WAH | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 25 2001

KING VISION PAY PER VIEW, LTD., )
a Delaware corporation, )
)
Plaintiff, )
)
vs. ) No. 01 C 1363          JUN 25 2001
)
SINGLETON CORP., an Illinois )
corporation d/b/a Warehouse Lounge, )
and ELIJAH SINGLETON, individually, )
)
Defendants. )

## MEMORANDUM AND ORDER

Defendants have failed to respond to an action claiming that they wilfully and without authorization displayed a closed-circuit telecast of the Holyfield v. Lewis prizefight. Plaintiff moves for default judgment. That motion is granted.

Plaintiff also moves for statutory damages and attorneys' fees. The report indicates that approximately 40 patrons were in the establishment. Plaintiff assumes a capacity of 150, the license fee was $17.50 times the capacity, and plaintiff asks for a multiplier of seven, for a total of $18,375. While a multiple is necessary to serve as a deterrent, we think a factor of five is adequate for that purpose. And we think it improbable that the bar was less than a third full in the circumstances. A capacity figure estimate of 100 is, we think, generous. We award statutory damages of $8,750 and attorneys' fees of $500,

JAMES B. MORAN
Senior Judge, U. S. District Court

June 22, 1999.